IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division



FILED

SEP 28 2016

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CRIMINAL NO. 2:16cr_135_ |
| v. | ) | |
| | ) | 26 U.S.C. § 7206(2) |
| DYTANIA COLLINS, | ) | Aiding Preparation of False Tax Returns |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about the dates listed below, in the Eastern District of Virginia, the defendant DYTANIA COLLINS, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of 7 U.S. Individual Tax Returns that were false or fraudulent as to material matters as set forth in the table below:

| Date of Filing | Taxpayer | Tax Year | False Items | Falsely Claimed Amount |
|---|---|---|---|---|
| February 27, 2012 | A. A. | 2011 | Expenses for Education Credit<br>Schedule C | $2,000<br>$6,640 |
| February 25, 2013 | A. A. | 2012 | Exemptions for dependents | $7,600 |
| January 28, 2012 | B. B. | 2011 | Expenses for Education Credit<br>Charitable Contributions<br>Medical expenses<br>Job-related expenses | $4,000<br>$5,183<br>$5,469<br>$5,392 |

| February 5, 2013 | B. B. | 2012 | Charitable Contributions<br>Medical expenses | $13,868<br>$4,254 |
| --- | --- | --- | --- | --- |
| February 28, 2013 | H. W. | 2012 | Non-cash Charitable Contributions | $3,100 |
| January 25, 2012 | T. A. | 2011 | Schedule C | $13,975 |
| February 9, 2013 | T. A. | 2012 | Schedule C | $12,200 |

(In violation of Title 26, United States Code, Section 7206(2))

DANA J. BOENTE
United States Attorney

By: *[signature]*

Randy Stoker
Assistant United States Attorney
Virginia State Bar No. 73455
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
757-441-6331 Office
757-441-6689 Fax
randy.stoker@usdoj.gov